**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| NANCY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:26-cv-03548-MDH |
| v. | ) | |
| | ) | |
| JOSHUA R. ALBREKTSON, M.D., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

**COMES NOW** Michael Steelman, Strong Law P.C., and hereby enters his appearance in the above-referenced matter as co-counsel for Plaintiff.

Respectfully submitted,

**STRONG LAW P.C.**

*/s/Michael Steelman*
Chandler Gregg – MO Bar #56612
Michael Steelman – MO Bar #77420
3801 East Sunshine Street
Springfield, Missouri 65809
Telephone: 417-887-4300
Facsimile: 417-887-4385
chandler@stronglaw.com
msteelman@stronglaw.com

and

**GORNY DANDURAND, LC**
Christopher Dandurand
Stephen Gorny
4330 Belleview Avenue, Suite 200
Kansas City, Missouri 64111
Telephone: 816-756-5056
Facsimile: 816-756-5067
chris@gornylawfirm.com
steve@gornylawfirm.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following attorneys of record on **September 3, 2026**, by electronically filing the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification to the following counsel of record:

Matthew Merrill
Elizabeth Moeller
SANDBERG PHOENIX & von GONTARD P.C.
4600 Madison Avenue, Suite 1000
Kansas City, Missouri 64112
Telephone: 816-627-5332
Facsimile: 816-627-5532
mmerrill@sandbergphoenix.com
emoeller@sandbergphoenix.com

Timothy Sansone
120 s. Central Avenue, Suite 700
St. Louis, Missouri 63105
Telephone: 314-725-9100
Facsimile: 314-241-7604
tsansone@sandbergphoenix.com
***Attorneys for Defendant Joshua R. Albrektson, M.D.***

**STRONG LAW PC**

*/s/Michael Steelman*